UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-256-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| SAKEENAH AYESHA HENDERSON, | ) | ALLEGED VIOLATIONS |
| | ) | OF PROBATION |
| Defendant. | ) | |
| _____ | ) | |

An evidentiary hearing on probation revocation in this case was scheduled before me on November 28, 2007. The United States was represented by AUSA Nicholas Brown for Roger Rogoff and the defendant by Jennifer Wellman. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 5, 2004 by the Honorable Ricardo S. Martinez on a charge of Bank Larceny (4 counts), and sentenced to three years probation. (Dkt. 117.)

The conditions of probation included the standard conditions plus the requirements that defendant submit to mandatory drug testing, complete 100 hours of community service, pay restitution in the amount of $3,030.42, provide access to financial information, maintain a single

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

checking account for all financial transactions, and be prohibited from obtaining new credit lines or obligations.

Defendant's probation was modified on June 14, 2006 to require the completion of 120 hours of community service. (Dkt. 150.)

In an application dated October 5, 2007 (Dkt. 175), U.S. Probation Officer Jeffrey S. Robson alleged the following violations of the conditions of probation:

1. Failing to pay restitution in violation of special condition 3. The allegation was amended at hearing to clarify that the alleged failure was for the months of July and August 2007.

2. Opening additional lines of credit without approval of her probation officer in violation of special condition 6.

3. Failing to complete 120 hours of community service in violation of the special conditions.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted violation number one as amended and violation two and waived any evidentiary hearing as to whether they occurred. (Dkt. 181.) The government moved to dismiss alleged violation three for the reason that defendant has completed her community service as required.

I therefore recommend the Court find defendant violated her probation as alleged in amended violation one and violation two, and that the Court conduct a hearing limited to the issue of disposition. I recommend that the Court dismiss alleged violation three. The next hearing will be set before Judge Martinez.

Pending a final determination by the Court, defendant has been released on the conditions

of supervision.

DATED this 29th day of November, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:        Honorable Ricardo S. Martinez
      AUSA:                  Nicholas Brown, Roger Rogoff
      Defendant's attorney:  Jennifer Wellman
      Probation officer:     Jeffrey S. Robson